1  BARBARA J. PARKER, City Attorney - SBN 069722
   OTIS McGEE, JR., Chief Assistant City Attorney - SBN. 71885
2  COLIN BOWEN, Supervising Trial Attorney – SBN 152489
   ARLENE M. ROSEN, Deputy City Attorney – SBN 100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Phone:  (510) 238-6392, Fax:  (510) 238-6500
   X04163:1754157
5
   Attorneys for Defendants
6  CITY OF OAKLAND, et al.

7  J. DAVID BREEMER, No. 21539
   E-mail: jdb@pacificlegal.org
8  ANTHONY L. FRANCOIS, No. 184100
   E-mail: alf@pacificlegal.org
9  Pacific Legal Foundation
   930 G Street
10 Sacramento, California 95814
   Telephone:  (916) 419-7111
11 Facsimile: (916) 419-7747

12
**UNITED STATES DISTRICT COURT**
13
**NORTHERN DISTRICT OF CALIFORNIA**
14
**SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| 16  BUILDING INDUSTRY ASSOCIATION— BAY AREA, | Case No. CV-15-3392 TEH |
| 17              Plaintiffs, | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON |
| 18      v. | |
| 19  CITY OF OAKLAND, | |
| 20              Defendants. | |
| 21  | |

22      The parties stipulate and respectfully request the Court to continue the Initial Case

23 Management Conference, presently set for November 2, 2015 to **1:30 p.m.**, **November 16, 2015**.

24 Good cause for this continuance exists, as counsel for defendant City of Oakland will be out of the

25 office on medical leave from October 8 through 23, 2015 and will need additional time to prepare

26 initial disclosures and the joint case management conference statement before the hearing.  The parties

will file their joint case management statement and exchange Rule 26 initial disclosures by November 9, 2015.

Dated: October 6, 2015

        BARBARA J. PARKER, City Attorney
        OTIS McGEE, Jr., Chief Assistant City Attorney
        COLIN BOWEN, Supervising Trial Attorney
        ARLENE M. ROSEN, Senior Deputy City Attorney


By:   /s/ Arlene M. Rosen
     Attorneys for Defendant
     CITY OF OAKLAND

Dated:  October 7, 2015

     PACIFIC LEGAL FOUNDATION


By:   /s/ Anthony L. Francois
     ANTHONY L. FRANCOIS
     Attorneys for Plaintiff
     BUILDING INDUSTRY ASSOCIATION

**ORDER**

GOOD CAUSE BEING SHOWN, the initial case management conference set for November 2, 2015 is continued to 1:30 p.m., **November 16, 2015**. The parties shall file their joint case management statement and initial disclosures by November 9, 2015.

Dated:  October 08, 2015

_____
UNITED STATES DISTRICT JUDGE

*Judge Thelton E. Henderson*