1  BARBARA J. PARKER, City Attorney - SBN 069722
   OTIS McGEE, Jr., Chief Assistant City Attorney - SBN. 7188
2  COLIN BOWEN, Supervising Trial Attorney – SBN 152489
   MICHELLE M. MEYERS, Deputy City Attorney – SBN 236387
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Phone:  (510) 238-6392, Fax:  (510) 238-6500
   X04163/1927207
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | BUILDING INDUSTRY ASSOCIATION OF THE BAY AREA, | Case No. CV-15-3392 TEH |
|---|---|
|  | **STIPULATION AND [PROPOSED] ORDER VACATING ORDER FOR PRETRIAL PREPARATION** |
| Plaintiffs, |  |
| v. |  |
| CITY OF OAKLAND, |  |
| Defendants. |  |

18     Plaintiff BUILDING INDUSTRY ASSOCIATION OF THE BAY AREA ("BIA Bay Area")

19 and the Defendant CITY OF OAKLAND ("City") hereby stipulate by and through their

20 undersigned attorneys of record as follows:

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

1    This matter arises from the BIA Bay Area's constitutional challenge to the City's
2 Public Art Requirement Ordinance ("Ordinance"), Oakland Municipal Code Section
3 15.70.010 *et. seq.*   Plaintiff contends that the Ordinance facially violates the First and Fifth
4 Amendments to the U.S. Constitution, as applied to the City by the Fourteenth Amendment.
5    The City intends to amend the current Ordinance which consistent with section 3,
6 entitled "Reevaluation" of Ordinance 13275.  City Council has preliminarily authorized the
7 amendment of the Ordinance.  The City anticipates it will present an amended Ordinance to
8 the City Council for its approval by or before December of 2016.   The City has requested
9 BIA Bay Area's input regarding the amendments to the Ordinance.
10    The parties have not filed dispositive motions.  The Court's Order for Pretrial
11 Preparation identifies the following dates:
12    • Court Trial:   September 27, 2016;
13    • Pretrial Conference: September 12, 2016; and
14    • Hearings on Pre-Trial Motions: August 8, 2016 and the Motions must be filed
15      by July 4, 2016.
16    • Discovery cut-off: June 13, 2006
17    The parties collectively request the Court vacate the above-referenced dates and
18 stay the action to October of 2016.  The parties request that the Court order a status
19 conference in October of 2016 wherein the parties will brief the Court as to the status of the
20 amendments to the Ordinance and the status of the litigation.  The parties anticipate that if
21 mutually satisfactory progress toward revision of the Ordinance, including the application of
22 the existing Ordinance, is being made at the time of the October status conference, that
23 they will further stipulate to and request of the Court an additional stay until December of
24 2016 as necessary to complete the revision.
25    The parties stipulate and submit that good cause exists to modify the Order for
26 Pretrial Preparation as indicated above, in that it would be an inefficient use of the parties'

1 and the Court's resources to continue litigation while the City is in the process of amending
2 the Ordinance.
3      Judicial economy is best served by vacating the trial date to allow the City the
4 opportunity to amend the Ordinance.

5
6                                         Respectfully submitted,

7 Dated: July 1, 2016              PACIFIC LEGAL FOUNDATION

8                                              /s/
                                  _____
9                                  By    J. David Breemer
10                                       Anthony L. Francois
                                   Attorneys for Plaintiff
11                                 BUILDING INDUSTRIES ASSOCIATION

12
13 Dated: July 1, 2016

                                  BARBARA J. PARKER, City Attorney
14                                OTIS McGEE, Jr., Chief Assistant City Attorney
                                  COLIN BOWEN, Supervising Trial Attorney
15                                MICHELLE M. MEYERS, Deputy City Attorney

16                                             /s/
                                  By:_____
17                                 Attorneys for Defendant
                                   CITY OF OAKLAND
18

19
20                                        **ORDER**

21      GOOD CAUSE BEING SHOWN, the trial scheduled for September 27, 2016 and
22 all corresponding dates are vacated.  The parties shall return for a status conference on
23 _____.
24
25 Dated:  _____         _____
26                        UNITED STATES DISTRICT COURT JUDGE