UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUILDING INDUSTRY ASSOCIATION—BAY AREA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | Case No. 15-cv-03392-VC<br><br>**ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION**<br><br>Re: Dkt. No. 45 |

    The first amended complaint is dismissed for failure to adequately allege standing. *See Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 1547 (2016) ("Where, as here, a case is at the pleading stage, the plaintiff must 'clearly ... allege facts demonstrating' each element."); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561, 564 (1992); *Carrico v. City and County of San Francisco*, 656 F.3d 1002, 1006-07 (9th Cir. 2011). Dismissal is with leave to amend. Building Industry Association—Bay Area must file its amended complaint within 7 days of this order.

    **IT IS SO ORDERED.**

Dated: October 26, 2017

_____
VINCE CHHABRIA
United States District Judge